

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, on behalf of himself and all other persons similarly situated,

    Plaintiffs,

-against-

ASTORIA DENTAL GROUP, P.C.,

    Defendant.

21-CV-10966 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    An affidavit of service states that plaintiff served defendant Astoria Dental Group, P.C. with process on January 12, 2022. (Dkt. No. 8.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due February 2, 2022. Defendant has neither appeared nor responded to the complaint. No later than **February 17, 2022**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff shall promptly serve this Order on defendant and file proof of such service on the docket.

Dated: New York, New York
       February 10, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**